UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EKAMVEEN SINGH,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>THOMAS GILES, Acting Field Director Immigration and Customs Enforcement, Los Angeles Field Office; CHAD WOLF, Acting Secretary of the Department of Homeland Security; and WILLIAM BARR, Attorney General U.S. Department of Justice,<br><br>　　　　Respondents. | No. CV 19-8592-CBM (JEM)<br><br>**ORDER APPROVING STIPULATION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS  [JS-6]**<br><br>Honorable John E. McDermott<br>United States Magistrate Judge |

1

Upon consideration of the Stipulation to Dismiss Petition for Writ of Habeas Corpus (the "Stipulation"), and good cause appearing:

IT IS HEREBY ORDERED that:

1. The Stipulation is approved;
2. The above-captioned action is dismissed in its entirety with prejudice; and
3. Each party shall bear his, her, or its own attorney's fees, costs, and expenses.

DATED: January 6, 2021       
_____
HONORABLE CONSUELO B. MARSHALL
UNITED STATES MAGISTRATE JUDGE